UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-SC-1747 (PAM/SRN)

UNITED STATES OF AMERICA, ex rel. )
ex. rel. KERRY E. MITCHELL, )
)
Plaintiff, )
)
v. )
)
ALLINA HEALTH SYSTEM )
a/k/a ALLINA MEDICAL CLINICS )
Defendants. )

**ORDER**

This order vacates and supersedes the order previously entered in this matter February 3, 2004.

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed;

2. all other contents of the Court's file in this action remain under seal and not be made public, except for this Order and The Government's Notice of Election to Decline Intervention;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

Dated: Feby 11, 2004

Paul A. Magnuson
Chief United States District Court Judge
730 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

FEB 12 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK